**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Credit Collection Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WASHINGTON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION SERVICES, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 4:17-cv-01059<br><br>[Removal from the Superior Court of the State of California for the County of Alameda, Case No. RG16817232]<br><br>**DEFENDANT CREDIT COLLECTION SERVICE'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441(C), AND 1446**<br><br>[FEDERAL QUESTION] |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Defendant Credit Collection Services ("Defendant"), hereby gives notice of removal of this action from the Superior Court of the State of California for the County of Alameda, located in Alameda, California, to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  In support thereof, Defendant states:

1. On or about May 23, 2016, Plaintiff Earl Washington, Jr. ("Plaintiff") filed the above captioned civil action in the Superior Court of the State of California for the County of Alameda.

2. Subsequently, on January 19, 2017, Plaintiff filed a First Amended Complaint in the Superior Court of the State of California for the County of Alameda. The First Amended Complaint substituted Credit Collection Services as the named Defendant.

3. Defendant was served with the First Amended Complaint on January 30, 2017.  Accordingly, this Notice of Removal has been timely filed pursuant to 28 U.S.C. § 1446(b).

4. This matter is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be properly removed pursuant to 28 U.S.C. §§ 1441 and 1446, as the claims asserted in the First Amended Complaint arise under the laws of the United States and raise one or more federal questions.

5. Plaintiff's First Amended Complaint purports to assert violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*., and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788, *et seq*.

6. The district courts of the United States have original jurisdiction in civil actions arising under the FDCPA.  28 U.S.C. § 1331.  Further, this Court has

supplemental jurisdiction over Plaintiff's state law claim (the RFDCPA), which forms part of the "same case or controversy" pursuant to 28 U.S.C. § 1367(a).

7. Defendant removes this action to the United States District Court for the Northern District of California because it is the venue that encompasses Alameda, California. *See* 28 U.S.C. § 84(a). Defendant removes this action without prejudice to Defendant's right to seek transfer of this action pursuant to 28 U.S.C. § 1404, if and as appropriate.

8. True and correct copies of the following are attached to this Notice of Removal:

(a) all process, pleadings and orders which have been served upon Defendant in this action are attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a) and this Court's ECF guidelines; and,

(b) the Notice of Filing of Notice of Removal which will be served upon Plaintiff and filed with the Clerk of Court for the Superior Court of Alameda is attached hereto as **Exhibit B** in accordance with 28 U.S.C. § 1446(d).

9. Based upon the foregoing, this action is properly removed on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

WHEREFORE, Defendant Credit Collection Services requests that this action proceed in the United States District Court for the Northern District of California.

DATED: March 1, 2017.

                                         YU | MOHANDESI LLP

                                         By  */s/ Brett B. Goodman*
                                             Brett B. Goodman
                                             Attorneys for Defendant
                                             Credit Collection Services

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Yu | Mohandesi LLP, 633 West Fifth Street, Suite 2800, Los Angeles, CA 90071. On March 1, 2017, I served the following document(s) by the method indicated below:

**DEFENDANT CREDIT COLLECTION SERVICE'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441(C), AND 1446**

|   | |
|---|---|
|   | by transmitting via facsimile on this date the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was ordered by the Court. |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. |
|   | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. |
|   | by having the document(s) listed above hand-delivered to the person(s) at the address(es) set forth below. |
|   | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business to the address(es) set forth below. |
|   | by emailing the document(s) listed above to the person(s) at the address(es) set forth below. |

***Plaintiff's Counsel***
Paul Mankin, Esq.
The Law Office of L. Paul Mankin
4655 Cass St., Ste. 112
San Diego, CA 92109

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 1, 2017, at Los Angeles County, California.

_____
Diana Choe