Paul Mankin, Esq. (264038)
Law Offices of Paul Mankin, IV
4655 Cass St. Suite 112
San Diego, CA 92109
Phone: 619-312-6385
Fax: 866 633-0228
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WASHINGTON, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT COLLECTION SERVICES, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:17-cv-01059-EMC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

**TO THIS HONORABLE COURT:**

Plaintiff Earl Washington, Jr., and Defendant Credit Collection Services, stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 21st Day of July, 2017

By: /s/Paul Mankin, IV
**Law Offices of Paul Mankin, IV**
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/_Brett Goodman_____
**Yu | Mohandesi LLP**
Attorney for Defendant

## **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the NorthernDistrict of California, I, Paul Mankin, IV, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Paul Mankin IV*
Paul Mankin IV

**Filed electronically on this 10th day of August, 2017 with:**

**United States District Court CM/ECF system**

**Notification sent electronically via the Court's ECF system to:**

**The Honorable Edward M. Chen**
**California District Court**
**Northern District of California**

**Brett Goodman**
**Yu Mohandesi LLP**
**633 West 5th Street, Ste. 2800**
**Los Angeles, CA 90071**
**Attorney for all Defendants**

**This 10th day of August, 2017**

**/s/Paul Mankin**
**Paul Mankin, IV**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL WASHINGTON, JR.**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**CREDIT COLLECTION SERVICES**, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:17-cv-01059-EMC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Parties' stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated this <u>14th</u> day of August, 2017



_____
UNITED STATES DISTRICT JUDGE